IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00169-REB-MEH

WILDEARTH GUARDIANS,

      Plaintiff,

v.

KEN SALAZAR, in his official capacity as United States Secretary of the Interior,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 13, 2010.**

      The Federal Defendant's Unopposed Motion to Temporarily Stay All Proceedings [filed April 12, 2010; docket #10] is **granted**. All proceedings in this matter are hereby **stayed**, pending a decision on the Federal Defendant's Motion to Transfer Actions by the Judicial Panel on Multidistrict Litigation. The parties shall file a status report within five business days upon receipt of the Judicial Panel's decision.

      The Scheduling Conference set for April 22, 2010, is **vacated**.